| BETTY ACHERMAN<br>VS. 2022-001528<br>PENN NATIONAL GAMING INC | Citation for Petition  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |
|---|---|---|

THE STATE OF LOUISIANA

TO: PENN NATIONAL GAMING INC
D/B/A L'AUBERGE CASINO
RESORT THROUGH CT
CORPORATION SYSTEM,
3867 PLAZA TOWER DRIVE,
Baton Rouge, LA 70816

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

PETITION FOR DAMAGES

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1000 Ryan St., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
A. A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana this 14TH day of APRIL 2022.

Issued and delivered May 9, 2022.

Becky Kaliszeski
Becky Kaliszeski
Deputy Clerk of Court

Requested by:
RUSSELL STUTES JR

---
SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___,
served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

Filing Date: 05/09/2022 04:05 PM  Page Count: 2
Case Number: 2022-001528
Document Name: 1604 Citation for Petition

[File Copy]
CMS1604

Page 1 of 2

**EXHIBIT A**

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____ 20____

SERVICE   $_____          BY:  _____
                                    Deputy Sheriff
MILEAGE   $_____

TOTAL $_____

Party No.   P001

|  |  |  |
|---|---|---|
| BETTY ACHERMAN<br>VS.  2022-001528<br>PENN NATIONAL GAMING INC | Citation for Petition<br> | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: PNK LAKE CHARLES LLC
D/B/A L/AUBERGE DU LAC
CASINO RESORT THRU AGENT C
T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
Baton Rouge, LA 70816

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

PETITION FOR DAMAGES

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1000 Ryan St., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

Article 1001 of the Louisiana Code of Civil Procedure states:

A. A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana this 14TH day of APRIL 2022.

Issued and delivered May 9, 2022.

*Becky Kaliszeski*
Becky Kaliszeski
Deputy Clerk of Court

Requested by:
RUSELL STUTES JR

---

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___,
served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

Filing Date: 05/09/2022 04:07 PM   Page Count: 2
Case Number: 2022-001528
Document Name: 1604 Citation for Petition

[File Copy]
CMS1604

Page 1 of 2

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____ 20____

SERVICE    $_____         BY:  _____
                                    Deputy Sheriff
MILEAGE    $_____

TOTAL  $_____

Party No.   P001

[ File Copy ]
CMS1604

Page 2 of 2

Jun. 2. 2022  2:43PM    Clerk of Courts    No. 6631   P. 4

CBC I 39.36

**Citation for Petition**

BETTY ACHERMAN
VS. 2022-001528
PENN NATIONAL GAMING INC

14th Judicial District Court
State of Louisiana
Parish of Calcasieu



THE STATE OF LOUISIANA

TO: PENN NATIONAL GAMING INC
D/B/A L'AUBERGE CASINO
RESORT THROUGH CT
CORPORATION SYSTEM,
3867 PLAZA TOWER DRIVE,
Baton Rouge, LA 70816

SCANNED
MAY 3 1 2022

I made service on the named party through the
CT Corporation
MAY 1 9 2022
by tendering a copy of this document to
Ashley Minvielle

BY: _____ DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

**PETITION FOR DAMAGES**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1000 Ryan St., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
C. A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

D. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana this 14TH day of APRIL 2022.

Issued and delivered MAY 2 5 2022

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Becky Kaliszeski

Becky Kaliszeski
Deputy Clerk of Court

Requested by:
RUSSELL STUTES JR

---

**SERVICE INFORMATION**

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

Filing Date: 05/02/2022 04:03 PM     Page Count: 2
Case Number: 2022-001528
Document Name: 1604 Citation for Petition

[Original Copy]
CMS1604

Page 1 of 2

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE $_____   BY: _____
                          Deputy Sheriff
MILEAGE $_____

TOTAL $_____

Party No.   P001

{ Original Copy }
CMS1604

Page 2 of 2

EBR $39.36

| | Citation for Petition | |
|---|---|---|
| BETTY ACHERMAN<br>VS. 2022-001528<br>PENN NATIONAL GAMING INC |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

### THE STATE OF LOUISIANA

TO: PNK LAKE CHARLES LLC
D/B/A L/AUBERGE DU LAC
CASINO RESORT THRU AGENT C
T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
Baton Rouge, LA 70816

I made service on the named party through the

CT Corporation

MAY 1 9 2022

by tendering a copy of this document to

Ashley Minvielle

Parish of East Baton Rouge

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

You are named as defendant in the above captioned matter. Attached to this citation is a:

### PETITION FOR DAMAGES

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1000 Ryan St., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

Article 1001 of the Louisiana Code of Civil Procedure states:

C. A Defendant shall file his answer within twenty-one (21) days after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within thirty (30) days after service of citation and service of discovery request.

D. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana this 14TH day of APRIL 2022.

Issued and delivered May 9, 2022.

MAY 2 5 2022
FILED

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Becky Kaliszeski
_____
Becky Kaliszeski
Deputy Clerk of Court

Requested by:
RUSELL STUTES JR

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

SCANNED
MAY 3 1 2022
BY:_____

Filing Date: 05/09/2022 04:07 PM   Page Count: 2
Case Number: 2022-001528
Document Name: 1604 Citation for Petition

[ Original Copy ]
CMS1604

Page 1 of 2

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE   $_____          BY: _____
                                    Deputy Sheriff
MILEAGE   $_____

TOTAL $_____

Party No.   P001

| | | |
|---|---|---|
| BETTY ACKERMAN | : | 14TH JUDICIAL DISTRICT COURT |
| VERSUS NO. 2022-1528 H | : | PARISH OF CALCASIEU |
| PENN NATIONAL GAMING INC AND PNK (LAKE CHARLES), L.L.C. | : | STATE OF LOUISIANA |
| FILED: APR 14 2022 | : | Jenipest Myatt<br>DEPUTY CLERK OF COURT |

*********************************************************************

### PETITION FOR DAMAGES

NOW INTO COURT, comes Plaintiff, BETTY ACKERMAN, through undersigned counsel, who respectfully represent that:

1.

Made Defendants herein are:

PENN NATIONAL GAMING, INC, D/B/A L'AUBERGE CASINO RESORT LAKE CHARLES, a company domiciled at 777 Avenue L'Auberge, Lake Charles, Louisiana 70601, which may be served through its registered agent, C T Corporation System, 3867 Plaza Tower Dr. Baton Rouge, Louisiana, 70816; and

PNK (LAKE CHARLES), L.L.C. d/b/a L'Auberge Du Lac Casino Resort, a Louisiana company domiciled at 777 Avenue L'Auberge, Lake Charles, Louisiana 70601, which may be served through its Registered Agent, CT Corporation System, 3867 Tower Drive, Baton Rouge, LA 70816.

2.

Defendants are jointly, severally, and *in solido* liable to Plaintiff for the damages complained of herein for the following reasons, to wit:

3.

Upon information and belief and at all relevant times herein, Defendant—PENN NATIONAL GAMING, INC, and/or PNK (LAKE CHARLES), L.L.C. owned, operated, and/or had custody and control of L'Auberge Du Lac Casino Resort ("L'Auberge Du Lac") and its contents at 777 Avenue L'Auberge, Lake Charles, Louisiana, 70601.

4.

On or about April 17, 2021, Plaintiff was a patron of L'Auberge Du Lac. While on the premises, Plaintiff went to a public restroom where Defendant's employees were also present.

5.

As Plaintiff—Betty Ackerman was in the restroom, when she slipped in water on the floor, causing her to fall and sustain injuries.

Page 1 of 3


CALCASIEU CLERK-COST
APR 14 2022 PM02:43:08

6.

The above-mentioned water posed an unreasonable risk of harm to patrons, including Plaintiff. At the time Plaintiff entered the women's restroom, there were no visible warning or hazard signs placed near or around the area where the water was located or anywhere in the women's restroom to warn customers of the unreasonably dangerous condition.

7.

Defendant—PENN NATIONAL GAMING, INC and/or PNK (LAKE CHARLES), L.L.C. d is liable for Plaintiff's accident and injuries. Defendants and its employees present in the restroom created the unreasonably dangerous condition and/or knew or should have known about the unreasonably dangerous condition and failed to address it or take the steps to fix the hazard.

8.

Defendant's acts of fault, which caused the accident and damages suffered by Plaintiff include, but are not limited to, the following:

a. Failure to properly or adequately monitor and maintain, and remedy hazards in the restroom where Plaintiff slipped;
b. Failure to warn of an unsafe condition;
c. Failure to implement and/or adhere to adequate safety policies, procedures, and measures;
d. Failure to adequately train, instruct, oversee, and/or supervise employees;
e. Failure to exercise reasonable care to keep restroom area in a reasonably safe condition where customers are known to frequently walk;
f. Failure to take adequate precautions to prevent the Plaintiff's accident and injury;
g. *Res Ipsa Loquitur*; and
h. Any and all others proven at the trial on the merits hereof.

9.

As a result of the above-described accident, Plaintiff sustained the following past, present, and future damages:

a. Medical expenses;
b. Loss of enjoyment of life;
c. Physical pain and suffering;
d. Inconvenience and aggravation;
e. Mental anguish and emotional damages; and
f. Any other damages that may be established at trial.

10.

Pursuant to La. Code Civ. Proc. art. 893, Plaintiff's damages exceed the requisite amount to invoke a jury trial, exclusive of interest and costs, in this matter.

WHEREFORE, the foregoing considered, Plaintiff—BETTY ACKERMAN respectfully prays the following:

I. That Defendants, PENN NATIONAL GAMING INC and PNK (LAKE CHARLES), L.L.C., be duly cited and served with a certified copy of this Petition and be commanded to respond thereto;

II. After due proceedings are held, this Court render a judgment in favor of the Plaintiff—BETTY ACKERMAN, and against Defendants, PENN NATIONAL GAMING INC and PNK (LAKE CHARLES), L.L.C., awarding Plaintiff damages in a reasonable amount to be determined by this Court; and

III. Plaintiff be granted such additional relief as the law, evidence and equity warrant, and this Court is competent to grant, including attorney fees and costs as may be appropriate.

By attorneys,

STUTES & LAVERGNE L.L.C.

RUSSELL J. STUTES, JR (#21147)
P. JODY LAVERGNE (#27546)
DEIL J. LALANDE (#37200)
600 Broad St., Post Office Box 1644
Lake Charles, Louisiana 70602-1644
Telephone: (337) 433-0022
Fax: (337) 433-0601
E-mail: deil@stuteslaw.com

**PLEASE SERVE**

DEFENDANTS AS OUTLINED
IN PARAGRAPH ONE

A TRUE COPY
Lake Charles, Louisiana

Deputy Clerk of Court
Calcasieu Parish, Louisiana

Page 3 of 3