UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BETTY ACKERMAN** | **CASE NO. 2:22-CV-01662** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PENN NATIONAL GAMING INC ET AL** | **MAGISTRATE JUDGE KAY** |

**J U D G M E N T**

For the reasons stated in the accompanying memorandum of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Penn National Gaming, Inc. and PNK (Lake Charles), LLC d/b/a L'Auberge du Lac's Motion for Summary Judgment (Doc. 16) be **GRANTED**, and all claims against it in the above captioned matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 30th day of June 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**